515 A.2d 898

**COMMONWEALTH of Pennsylvania**

**v.**

**Barry MOURAR, Petitioner.**

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Barry MOURAR.**

Supreme Court of Pennsylvania.

Oct. 2, 1986.

Petition for Allowance of Appeal GRANTED, Nos. 115 and 116 E.D. Appeal Docket 1986.